resident of Minnesota and defendant is incorporated in Missouri. Material issues of fact remain as to where the negotiations occurred; where the contract, if one was created, was entered into; and where the contract was to be performed.

Because there are genuine issues as to material facts required to resolve the choice of law question in the contract claim, the trial court erred in finding Missouri law applies and rendering summary judgment for defendant on Count I of plaintiff's petition.

Judgment affirmed as to Count II, and reversed and cause remanded as to Count I.

CRANDALL, P.J., and CRIST, J., concur.

## ORDER

PER CURIAM.

This is an appeal from the trial court's judgment in a quiet title action. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

---

**Charles HEEGER, Emily Heeger, Albert Heeger, and Ruth Heeger, Appellants,**

v.

**Benjamin LAMKE, Ethel Lamke, Daniel Strait, Deborah Strait, Margie Jonell Berger, and Margaret Berger, Respondents.**

No. 55196.

Missouri Court of Appeals,
Eastern District,
Division Two.

May 23, 1989.

Timothy J. Melenbrink, Union, for appellants.

Lamke, Benjamin, Ethel, & Strait, Daniel, Union, for respondents.

**David E. McFALL, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 15884.

Missouri Court of Appeals,
Southern District,
Division Two.

May 25, 1989.

